✔ JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BYRON O. WOODS,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID SLAYTON, et. al.,<br><br>        Defendants. | Case No. EDCV 23-1397-DOC (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: September 8, 2023

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE